Sharon D. Armstrong (CA Bar No. 261690)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
Telephone:  (612) 604-6400
Facsimile:  (612) 604-6800
E-mail: sarmstrong@winthrop.com

Attorney for Plaintiff
Cowgirl Café Restaurants, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| COWGIRL CAFÉ RESTAURANTS, INC., | CASE NO.: 1:10-CV-01815-OWW-JLT |
| Plaintiff, | |
| vs. | **ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| TOMI'S COWGIRL CAFÉ, LLC | [Fed. R. Civ. Proc. 41(a)] |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Cowgirl Café Restaurants, Inc. has filed and served on the Defendant Tomi's Cowgirl Café, LLC a Notice of Voluntary Dismissal Without Prejudice.

IT IS ORDERED that the above-captioned proceeding, Cowgirl Café Restaurants, Inc. v. Tomi's Cowgirl Café, LLC, Case Number 1:10-CV-01815-OWW-JLT, be, and hereby is, dismissed without prejudice.

5617475v1

IT IS SO ORDERED.

   Dated:  **November 23, 2010**          **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Cowgirl Restaurants, Inc.'s Complaint for Trademark Infringement